UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DARREN LYNDON BAPTISTE,  ) NO. CV 16-1228-ODW (AGR)
        Petitioner, )
         ) JUDGMENT
   v. )
DEBBIE ASUNCION, Warden, )
        Respondent. )

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition in this matter is denied as untimely.

DATED: July 11, 2016

                        OTIS D. WRIGHT II
                        United States District Judge